In the Matter of LOUISE LORCH, Respondent.

CAROLINE M. LORCH, as Executrix of WILLIAM H. LORCH, Deceased, et al., Appellants.

Argued October 5, 1938; decided October 25, 1938.

*Albert W. Sibek* and *Ellwyn F. Hayslip* for Caroline M. Lorch, appellant.

*William S. Bennet* and *James E. Bennet* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.